BENJAMIN D. HARGROVE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: benjamin.hargrove@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA


FILED
OCT 0 7 2021
Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH ALAN DEGELE,<br><br>Defendant. | CR 21- 81 -BLG-DLC<br><br>INDICTMENT<br><br>FALSE STATEMENT DURING A FIREARMS TRANSACTION<br>Title 18 U.S.C. §§ 922(a)(6), 924(a)(2)<br>(Count I)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years supervised release)<br><br>RECEIPT OF FIREAM BY PERSON UNDER INDICTMENT<br>Title 18 U.S.C. §§ 922(n), 924(a)(1)(D)<br>(Count II)<br>(Penalty: Five years imprisonment, $250,000 fine and three years supervised release) |

1

THE GRAND JURY CHARGES:

## COUNT I

That on or about April 22, 2021, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, RALPH ALAN DEGELE, in connection with his attempted acquisition of a rifle, that is a Ruger, model M77, .270 caliber bolt-action rifle, from First National Pawn, Billings, Montana, a licensed federal firearms dealer, knowingly made a false and fictitious oral and written statement intended and likely to deceive such dealer, that is, at item 21(b) on ATF Form 4473, Firearms Transaction Form, dated April 22, 2021, the defendant represented that he was not under indictment or information in any court for a felony, or any other crime for which he could be imprisoned for more than one year, when in truth and fact, as the defendant well knew, on April 5, 2021, he had been charged by information with a felony in Yellowstone County District Court, State of Montana, a fact material to the lawfulness of his acquisition of the rifle under Chapter 44 of Title 18, all in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT II

That on or about April 30, 2021, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, RALPH ALAN DEGELE, knowing he was then under indictment for a crime punishable by imprisonment for

a term exceeding one year under the laws of the state of Montana, willfully received, in and affecting interstate commerce, a firearm, that is a Ruger, model M77, .270 caliber bolt-action rifle, in violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

LEIF M. JOHNSON
Acting United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney