IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH ALAN DEGELE,<br><br>Defendant. | CR 21–81–BLG–DLC<br><br><br><br>ORDER |

Before the Court is United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 27.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on February 28, 2022. (Doc. 25.)

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1). (Doc. 26.)

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the Motion for Final Order of Forfeiture (Doc. 27) is GRANTED.

IT IS FURTHER ORDERED that judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- Ruger, model M77, .270 caliber bolt-action rifle (S/N: 79-58560)

IT IS FURTHER ORDERED that the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 31st of May, 2022.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court